

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Wheeler, Daniel DEFENDANT(S). | CASE NUMBER SACR13-224-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for __Tuesday 12/17/13__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/13/13__

_____ ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge